IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASSANDRA CARTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:17-cv-5669 |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cassandra Carter and Defendant Life Insurance Company of North America hereby stipulate to the voluntary dismissal of this case with prejudice. Each Party will bear their own costs and attorneys' fees in this matter.

Respectfully submitted, this 16th day of May, 2018.

*/s/ Mary LeMieux-Fillery*
Mary LeMieux-Fillery
MARTIN LAW LLC
1818 Market Street
35th Floor
Philadelphia, PA 19103
Tel: (215) 587-8400
Fax: (267) 765-2033
mlemieux-fillery@paworkinjury.com
***Attorney for Plaintiff***

*/s/ Amy S. Kline*
Amy S. Kline
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: 215-972-8567
Fax: 215-972-1943
Amy.Kline@saul.com
***Attorney for Defendant***